**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael Dushon DUNCAN,**
**Defendant–Appellant.**

No. 13–20524
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 10, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Gregory Don Sherwood, Esq., Law Office of Gregory Sherwood, Austin, TX, for Defendant–Appellant.

Before PRADO, OWEN, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Michael Dushon Duncan has moved for leave to withdraw and has filed a brief in accor-

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

dance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Duncan has filed a response and a motion for the appointment of new counsel. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Duncan's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, and counsel is excused from further responsibilities herein. Duncan's motion for the appointment of counsel is DENIED as untimely. *See United States v. Wagner,* 158 F.3d 901, 902–03 (5th Cir.1998). The APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.